[No. 27142-3-I.   Division One.   March 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LEE HANSPARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01081-0, LeRoy McCullough, J., entered October 2, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Forrest, JJ.

[No. 10783-3-III.   Division Three.   March 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. OLVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01334-2, Bruce P. Hanson, J., entered February 22, 1990. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11368-0-III.   Division Three.   March 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN RANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-8-01271-0, Michael Schwab, J. Pro Tem., entered January 11, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.